854

No. 73–2. KAEHNI ET AL. *v.* DIFFRACTION Co. C. A. 4th Cir. Certiorari denied.

No. 73–12. LIBERTY MUTUAL INSURANCE Co. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 73–17. MOGULNICKI *v.* CONNECTICUT. C. A. 2d Cir. Certiorari denied.

No. 73–18. ARLINGTON HOTEL Co., INC. *v.* REED. C. A. 8th Cir. Certiorari denied.

No. 73–20. ARONSON ET AL. *v.* AMBROSE ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–21. GRUBBS, DBA T. R. GRUBBS TIRE & APPLIANCE *v.* GENERAL ELECTRIC CREDIT CORP. C. A. 5th Cir. Certiorari denied.

No. 73–22. STERLING OIL OF OKLAHOMA, INC., ET AL. *v.* CHAMBERLAIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–23. FLYNN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–24. GREENWALD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–27. MURRAY ET UX. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–30. SOLOMON *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.